RUTH WILLIAMS, PLAINTIFF-PETITIONER, v. HUMBLE OIL AND REFINING CO., *ETC.*, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Rubenstein & Albert* for the petitioner.

*Messrs. Stryker, Tams & Dill* and *Mr. Burtis W. Horner* for the respondents.

December 19, 1966. Denied.

MARILYN NEFF, PLAINTIFF-PETITIONER, v. AVCO CORP., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Leyden & Monaghan* for the petitioner.

*Messrs. Shanley & Fisher, Mr. Frederick B. Lacey, Mr. William G. Becker, Jr., Messrs. Toner, Crowley, Woelper & Vanderbilt, Mr. Herman Michels* and *Mr. Edward R. Schwartz* for the respondents.

December 19, 1966. Denied.